**Donald Ray ELLIS, Appellant,**

v.

**Mary Ellen ELLIS, Respondent Pro Se.**

**No. WD 64377.**

Missouri Court of Appeals,
Western District.

March 29, 2005.

Patrick Burwell Starke, Blue Springs, MO, for Appellant.

Mary Ellen Ellis, Cassatt, SC, pro se.

Before: SPINDEN, P.J., HOWARD and NEWTON, JJ.

**ORDER**

PER CURIAM.

Donald Ellis appeals from a trial court's judgment of dissolution awarding modifiable monthly maintenance to his ex-wife, Mary Ellis. Mr. Ellis argues that the trial court's findings regarding maintenance are insufficient under section 452.335 RSMo

2000. Mrs. Ellis did not file a Respondent's brief.

We have reviewed Mr. Ellis' brief and the record on appeal. No error of law appears. A written opinion would serve no jurisprudential purpose. We have, however, prepared a memorandum for the use of the parties only, setting forth the reasons for our decision.

We affirm the trial court's judgment pursuant to Rule 84.16(b).